

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00169-CV

**IN THE INTEREST OF C.J.P., A CHILD**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13590
Honorable Larry Noll, Judge Presiding

# O R D E R

The Appellee's motion to dismiss or abate appeal is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court